```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                          :

THE TRAVELERS INDEMNITY COMPANY OF    :
CONNECTICUT,                                 :

                  Plaintiff,      :          23-cv-6168 (LJL)

    -v-                       :          ORDER

COLONY INSURANCE COMPANY,         :

                Defendant.    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The deadline to file any motions for summary judgment is hereby extended to May 31, 2024.

SO ORDERED.

Dated: April 15, 2024
      New York, New York            _____
                                   LEWIS J. LIMAN
                           United States District Judge