```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY OF :
CONNECTICUT, :
:
               Plaintiff, :         23-cv-6168 (LJL)
:
     -v- :         <u>ORDER</u>
:
COLONY INSURANCE COMPANY, :
:
              Defendant. X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      On January 27, 2025, the Court issued an Opinion and Order granting summary judgment for Plaintiff as to Defendant's duty to defend Kraman Iron Works Inc. in an underlying action in New York State Court. Dkt. No. 43. The Court did not grant summary judgment for either party on Plaintiff's claims that Defendant has a duty to defend 6163 Crosby Street, Inc. and Structure Tone, Inc., and therefore these claims remain pending. *Id.*

      The Court held a telephone conference on February 13, 2025. As stated at the conference, this case is STAYED on consent of the parties until March 28, 2025, to allow the parties to complete a related mediation. The parties shall file a status update by April 4, 2025, indicating whether final judgment can be entered, and attaching what they propose as a form of final judgment, or in the alternative, indicating what further action is necessary.

      SO ORDERED.

Dated: February 13, 2025
       New York, New York                    _____
                                                      LEWIS J. LIMAN
                                                      United States District Judge