```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT,

                Plaintiff,                          23-cv-6168 (LJL)

       -v-                                       ORDER

COLONY INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case is stayed until October 10, 2025, in recognition of the mediation scheduled for September 25, 2025.  By October 3, 2025, the parties shall file a letter informing the Court of the status of the case and whether the stay can be lifted.

      SO ORDERED.

Dated: July 2, 2025
       New York, New York

                                                            LEWIS J. LIMAN
                                                  United States District Judge